# Exhibit D



## Individualized Reentry Plan - Program Review (Inmate Copy)
Dept. of Justice / Federal Bureau of Prisons

SEQUENCE: 00803458
Team Date: 10-23-2019

Plan is for inmate: WILKERSON, CURTIS 52455-066

| | | |
|---|---|---|
| Facility: | BUH BUTNER FMC | Proj. Rel. Date: 07-20-2031 |
| Name: | WILKERSON, CURTIS | Proj. Rel. Mthd: GCT REL |
| Register No.: | 52455-066 | DNA Status: EDG00117 / 05-06-2002 |
| Age: | 44 | |
| Date of Birth: | 01-02-1975 | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BUH | AM BARBER | BARBER SHOP | 07-24-2018 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BUH | ESL HAS | ENGLISH PROFICIENT | 03-07-2001 |
| BUH | GED HAS | COMPLETED GED OR HS DIPLOMA | 03-07-2001 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| BUH CAD | C | MOCK JOB FAIR- INFORMATIONAL | 03-28-2019 | 03-28-2019 |
| BUF | C | SALES&MARKETING M/W 1230-330P | 05-31-2017 | 07-26-2017 |
| BUF | C | INTRODUCTION TO HOBBYCRAFT | 10-12-2016 | 12-06-2016 |
| FTD GP | C | JOB FAIR INFORMATIONAL | 11-04-2015 | 11-25-2015 |
| FTD GP | C | JOB FAIR INFORMATIONAL | 11-05-2014 | 11-05-2014 |
| FTD GP | C | BEG OSHA RULES AND REGULATIONS | 07-12-2014 | 09-27-2014 |
| FTD GP | C | IMPROVED ESSAY WRITING | 07-10-2014 | 09-25-2014 |
| FTD GP | C | ACE CLASS IN BUSINESS MATH | 07-09-2014 | 09-24-2014 |
| FTD GP | C | FOOD PREPARATION | 04-07-2014 | 06-29-2014 |
| MCD | C | SPIRITAL DEVELOPMENT | 07-11-2011 | 11-17-2011 |
| MCD | C | BEGINNING DRUMS CLASS | 06-26-2011 | 09-11-2011 |
| MCD | C | ELEMENTS OF WRITING STYLE | 05-25-2011 | 07-26-2011 |
| MCD | C | INTRO TO COMPUTER USAGE | 05-18-2011 | 06-27-2011 |
| MCD | C | BEGINNING ABDOMINALS | 01-09-2011 | 03-14-2011 |
| MAN | C | RELEASE PREP PROGRAM A&O | 05-26-2009 | 05-26-2009 |
| WIL | C | RPP #3: INVESTING | 07-18-2006 | 09-20-2006 |
| WIL | C | RPP #1 HIV/AIDS AWARENESS | 03-14-2006 | 03-14-2006 |
| LEE | C | ADVANCED LEATHER 1 | 09-12-2005 | 11-07-2005 |
| LEE | C | AEROBICS 2 PROGRAM | 03-29-2005 | 04-22-2005 |
| LEE | C | PARENTING AGES 13-18 | 05-07-2004 | 07-08-2004 |
| LEE | C | TYPING M&W 0930-1100 | 05-21-2004 | 06-30-2004 |
| LEE | C | COMPUTER TECHNOLOGY AND INFO | 04-09-2004 | 06-28-2004 |
| LEE | C | TALK SO KIDS WILL LISTEN | 03-26-2004 | 05-03-2004 |
| LEE | C | LITERACY IN THE FAMILY | 03-08-2004 | 03-23-2004 |
| LEE | C | RPP6 STRESS MANAGEMENT | 07-02-2003 | 08-26-2003 |
| LEE | C | RPP6 ANGER MANAGEMENT | 07-02-2003 | 07-09-2003 |
| LEE | C | LEATHER 1 BEG/INTER | 09-06-2002 | 09-28-2002 |
| EDG | C | INTRO TO BUS (MON.6-8PM) | 03-26-2001 | 07-27-2001 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 08-28-2007 |
| CARE1-MH | CARE1-MENTAL HEALTH | 07-14-2010 |



# Individualized Reentry Plan - Program Review  (Inmate Copy)
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: WILKERSON, CURTIS 52455-066

SEQUENCE: 00803458
Team Date: 10-23-2019

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| HGT RESTR | NO LADDERS/NO UPPER BUNK | 01-08-2018 |
| PAPER | LEGACY PAPER MEDICAL RECORD | 11-02-2018 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 01-08-2018 |
| YES F/S | CLEARED FOR FOOD SERVICE | 01-08-2018 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DRG E COMP | DRUG EDUCATION COMPLETED | 11-06-2001 |
| ED NONE | DRUG EDUCATION NONE | 01-09-2010 |

## FRP Details

Most Recent Payment Plan

FRP Assignment: **PART**   FINANC RESP-PARTICIPATES   Start: 05-04-2015
Inmate Decision: **AGREED**   $25.00   Frequency: **QUARTERLY**
Payments past 6 months: $50.00   Obligation Balance: $18,050.00

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $500.00 | $90.00 | IMMEDIATE | EXPIRED |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 2 | REST CV | $19,050.00 | $18,050.00 | IMMEDIATE | AGREED |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|
| | 09-10-2019 | BUH | PAYMENT | INSIDE PMT | $25.00 |
| | 06-11-2019 | BUH | PAYMENT | INSIDE PMT | $25.00 |

### Payment Details

Trust Fund Deposits - Past 6 months: $820.49   Payments commensurate? Y
New Payment Plan: ** No data **

## Progress since last review

No programming since last team.

## Next Program Review Goals

Enroll in Basic Electronics course by next team.

## Long Term Goals

Participate in the Release Preparation Program when 30 months from release and complete the Release Preparation Program by 01/2031.

## RRC/HC Placement

## Comments

** No notes entered **

 **Individualized Reentry Plan - Program Review (Inmate Copy)**  SEQUENCE: 00803458
Dept. of Justice / Federal Bureau of Prisons    Team Date: 10-23-2019
Plan is for inmate: WILKERSON, CURTIS   52455-066

Name: WILKERSON, CURTIS  DNA Status: EDG00117 / 05-06-2002
Register No.: 52455-066
Age: 44
Date of Birth: 01-02-1975

---

Inmate   (WILKERSON, CURTIS. Register No.: 52455-066)

---

Date

---

Unit Manager / Chairperson       Case Manager

---

Date        Date

 Individualized Reentry Plan - Program Review (File copy)  SEQUENCE: 00803458
Dept. of Justice / Federal Bureau of Prisons  Team Date: 10-23-2019
Plan is for inmate: WILKERSON, CURTIS 52455-066

Name: WILKERSON, CURTIS  DNA Status: EDG00117 / 05-06-2002
Register No.: 52455-066
Age: 44
Date of Birth: 01-02-1975

---

Inmate (WILKERSON, CURTIS. Register No.: 52455-066)

10/25/19
Date

For M/ Sr
Unit Manager/ Chairperson

M/ Sr
Case Manager

10/25/19
Date

10/25/19
Date

```
BUHGH         *        INMATE EDUCATION DATA    *   10-25-2019
PAGE 001 OF 001 *            TRANSCRIPT         *   08:27:49

REGISTER NO: 52455-066   NAME..: WILKERSON          FUNC: PRT
FORMAT.....: TRANSCRIPT  RSP OF: BUH-BUTNER FMC

-------------------- EDUCATION INFORMATION --------------------
FACL ASSIGNMENT DESCRIPTION             START DATE/TIME STOP DATE/TIME
BUH  ESL HAS    ENGLISH PROFICIENT      03-07-2001 1021 CURRENT
BUH  GED HAS    COMPLETED GED OR HS DIPLOMA 03-07-2001 1020 CURRENT

-------------------- EDUCATION COURSES --------------------
SUB-FACL   DESCRIPTION                    START DATE  STOP DATE  EVNT AC LV HRS
BUH CAD M  MOCK JOB FAIR- INFORMATIONAL   03-28-2019  03-28-2019  P   C  P   2
BUF        SALES&MARKETING M/W 1230-330P  05-31-2017  07-26-2017  P   C  P  16
BUF        INTRODUCTION TO HOBBYCRAFT     10-12-2016  12-06-2016  P   C  P   4
FTD GP     JOB FAIR INFORMATIONAL         11-04-2015  11-25-2015  P   C  P   2
FTD GP     JOB FAIR INFORMATIONAL         11-05-2014  11-05-2014  P   C  P   2
FTD GP     BEG OSHA RULES AND REGULATIONS 07-12-2014  09-27-2014  P   C  P  24
FTD GP     IMPROVED ESSAY WRITING         07-10-2014  09-25-2014  P   C  P  24
FTD GP     ACE CLASS IN BUSINESS MATH     07-09-2014  09-24-2014  P   C  P  24
FTD GP     FOOD PREPARATION               04-07-2014  06-29-2014  P   C  P  24
MCD        SPIRITAL DEVELOPMENT           07-11-2011  11-17-2011  P   C  P  35
MCD        BEGINNING DRUMS CLASS          06-26-2011  09-11-2011  P   C  P  16
MCD        ELEMENTS OF WRITING STYLE      05-25-2011  07-26-2011  P   C  P  10
MCD        INTRO TO COMPUTER USAGE        05-18-2011  06-27-2011  P   C  P   1
MCD        BEGINNING ABDOMINALS           01-09-2011  03-14-2011  P   C  P  16
MAN        RELEASE PREP PROGRAM A&O       05-26-2009  05-26-2009  P   C  P   1
WIL        RPP #3: INVESTING              07-18-2006  09-20-2006  P   C  P  10
WIL        RPP #1 HIV/AIDS AWARENESS      03-14-2006  03-14-2006  P   C  P   1
LEE        ADVANCED LEATHER 1             09-12-2005  11-07-2005  P   C  P  16
LEE        AEROBICS 2 PROGRAM             03-29-2005  04-22-2005  P   C  P   4
LEE        PARENTING AGES 13-18           05-07-2004  07-08-2004  P   C  P  14
LEE        TYPING M&W 0930-1100           05-21-2004  06-30-2004  P   C  P   9
LEE        COMPUTER TECHNOLOGY AND INFO   04-09-2004  06-28-2004  P   C  P  18
LEE        TALK SO KIDS WILL LISTEN       03-26-2004  05-03-2004  P   C  P   6
LEE        LITERACY IN THE FAMILY         03-08-2004  03-23-2004  P   C  P   8
LEE        RPP6 STRESS MANAGEMENT         07-02-2003  08-26-2003  P   C  P   4
LEE        RPP6 ANGER MANAGEMENT          07-02-2003  07-09-2003  P   C  P   3
LEE        LEATHER 1 BEG/INTER            09-06-2002  09-28-2002  P   C  P  16
EDG        INTRO TO BUS (MON.6-8PM)       03-26-2001  07-27-2001  P   C  P  24


G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

I have 51 total. So I am sending you the actual (copy) certificates to show so because in the B.O.P, not all classes get you credit thru century, so there is NO record of your accomplishments.