# Exhibit E



U.S. Department of Justice
Federal Bureau of Prisons
Federal Correctional Complex
Federal Medical Center
P.O. Box 1000
Butner, NC 27509

May, 09, 2020

TO:         ICP Coordinators

FROM:       L. Yeboah, RN;

SUBJECT:    ICP Wilkerson Curtis, registration number 52455-066

ICP Coordinators:
I am not sure if you are offering performance bonuses to your (ICP's) inmate companions in this COVID 19 era or whether you still need our input as floor or shift supervisors.

At any rate, as a shift supervisor of ICP Wilkerson Curtis, registration number 52455-066 in (ACU) Advance Care Unit, I want you to know that ever since the COVID 19 partial shutdown of inmate work, he (ICP Wilkerson) has really stepped up his game and is performing great.

As you know, the partial shutdown has reduced our ICP help in ACU to one person per shift. Although our census or patient population has also dropped in the period, the new order has come with challenges requiring us (staff and ICP's) to adjust our work habits and take on other responsibilities.

For ICP Wilkerson in particular, who reports to work in the evenings, he has on several occasion had to assist staff in providing complete bed bath to bedridden inmates, a chore usually done in the morning.

Also since the COVID 19 partial shutdown has stopped the mobile inmate barber from coming to the ACU, ICP Wilkerson (himself an inmate barber), has provided helpful and unique input in assisting nursing staff keep inmate facial hair at reasonable or practical length.

I am therefore recommending ICP Wilkerson for any bonus or recognition you elect to give your best performing ICPs in this COVID 19 partial shutdown era.

Sincerely,

*Lyeboah, RN*
L Yeboah.

*[Handwritten note on pink sticky: Support Letter from my Supervisor]*

Curtis Wilkerson
Name:            Number: #52455-066
Federal Medical Center
P.O. Box 1600
Butner, NC 27509



RALEIGH NC 275
Research Triangle Region
18 MAY 2020 PM 4 L

Federal Community Defender Office
For The Eastern District of Pennsylvania
Suite 540 WEST – ATTN: Kathleen Gaughan
Philadelphia, PA 19106

1910689999