Exhibit F

| | |
|---|---|
| **From:** | Shinique Pugh |
| **To:** | Kathleen Gaughan |
| **Subject:** | My character letter |
| **Date:** | Tuesday, May 26, 2020 11:28:52 AM |

Hello Judge Joyner, this is not a formal or legal letter. I am sending an attachment letter to you from a young man that was sentenced by your courts some 22 years ago. His name is Curtis Wilkerson. He has been serving out a 30 plus year sentence given to him based on the old 924 © stacking laws. In my understanding of the new laws; his time would have been a lot less then the 30 year sentence. I understand that at times you have to give out what the law will allow. I trust your judgement and I believe that if things could have been changed you would have done so. Fortunately, today the laws have changed and some people will benefit from them. As you are aware the ones sentenced over twenty years ago will not benefit from the new laws, because its not retroactive. In talking with a lot of legal groups and agencies; if Mr. Wilkerson was sentenced today he would receive roughly 12-19 years for his crime. He has completed that amount of time already. I want to address a few things in this email regarding Mr. Wilkerson's accomplishments, who I am and what I do for Mr. Wilkerson and his family, I will briefly discuss his health concerns and his being rehabilitation and or reentry into society.

Since the day he was sentenced, Curtis Wilkerson made a decision to not be a statistic. He decided that his community, peers, children, extended family and friends would never look at him as a violent criminal. He has a positive 22 year record of his thirty plus year sentence. In staying positive and rehabilitating himself, He has been able to move from a maximum security prison, medium, low, and now currently residing in the Butner Medical Center. He is well respected by both his superiors, peers and the community that assist him. Mr. Wilkerson focuses his time on redeveloping his mindset. He has developed a his relationship with God, his children and so many influential people. Parenting was a very important concept for him to learn, because he wanted to make sure that his children didn't go down the wrong path in life. He ward hard doing whatever jobs possible in order to send money home to his children often making less then a dollar per hour. Also, he focused on ways to cope with anger, mental setbacks, grief and loss. I was impressed to learn that Mr. Wilkerson had taken an interest in learning sign language, brail, Spanish, and coaching. You will see on his paper work that he completed many programs dealing with reentry, job skills, education, leadership. He has completed over 55 certificate programs; doing so and knowing that none of these courses would grant him his freedom. He is compassionate about helping others. Currently he has completed a program for Inmate Companion Program where he has gained Certified Nursing Assistant Skills. He has also been promoted to work with the Suicide Watch Team. He sits for 4 hours two days per week talking to this people and giving them hope. His attitude is one of gratitude in spite of all of his woes. One of his goals is to make sure that the youth understands this way of thinking because it can save their lives.

Jude the main purpose for me sending this email is to discuss allowing Mr. Wilkerson to renter into society. We are concerned about the coronavirus that is affecting so many incarcerated men. Mr. Wilkerson's health is at a great risk right. He works directly with the terminally ill, which makes him a first responder. He is a 45 year old man with kidney disease, high blood pressure and chronic bronchitis. He is surrounded by inmates on

ventilators. The number of inmates who have tested positive for covid-19 are much higher then the media is able to report. Mr. Wilkerson fears getting sick and dying inside without ever being a true father to his children. He has lost a lot while in prison, but now his life is at risk. He understands that your going to read a report about him from his attorneys, but he wanted you to have a personal letter from him. I wanted you to know the man that the Lawyers will be representing before you. Mr. Wilkerson is a hard working man dedicated to reforming his life and the lives of others. He is dedicated to protecting others and helping the sick. I know you would be so proud to meet or speak with him given the opportunity. Judge I am aware that a lot of men will be flooding your office with letters hoping to be released; some have good intentions and some will not. I think that by working with Mr. Wilkerson over several years that I can honestly say that he would be a good candidate for release.

Before I conclude this letter to you; I would like to give you a brief description of myself and my ties to the Wilkerson family. I grew up in the same home town as Mr. Wilkerson. I heard about his unfortunate situation many years ago, but never had the opportunity to reach out to him. I moved to the south and our families reconnected. I helped his elderly parents with a lot of programs and began assisting Mr. Wilkerson as well. I was able to help Mr. Wilkerson transfer From Fort Dix Federal Prison to the Federal Prison in Butner North Carolina, so that he could be closer to his aging parents. Unfortunately he didn't transfer to North Carolina in time to see his; his dad died a year before his transfer was able to take place. However, he was able to see his mother on visits for 3 years; sadly she past away a year ago. Although his parents are now deceased I continue to work with Mr. Wilkerson and his family. It has been 8 years since I began this journey with the Wilkerson's and I plan to continue this journey until he is released. Getting back to what I was saying about myself, I do not lend my name or my word to anyone who doesn't deserve it. I grew up in a poor community, but I had dreams to attend college and make a difference in the lives of others. While in high school I earned a full scholarship with GE General Electric to Attend Montgomery Community College. I attended Chestnut Hill College earning credits in gerontology and later completing my education at Columbia College in Columbia South Carolina earning a degree in Social Work. I have served the community for over twenty years here. I have also pursed my license in real estate, and I am a Notary of South Carolina. I am a law abiding citizen and have developed several small businesses. Your Honor I take my reputation very seriously. I am affiliated with several churches here in the South and I have a position in the church. I believe in helping people reach their God given ability and allowing them to prove that they deserve a second chance. In saying all of this Judge I would not recommend or consider you taking a closer look at this young man had I not personally seen his development and growth.

In conclusion, Mr. Wilkerson will be able to have a smooth transition back into society due to the many churches and organizations that are willing to assist him. Dennis Garrett Director and owner of Love & Respect in Durham North Carolina (Mental Health, Crisis Intervention: Alcohol, Drug and Substance Abuse, Dependency Prevention and Treatment program) will provide housing. mentoring and a job to Mr. Wilkerson upon release. Set Free Ministries in South Carolina has agreed to also assist Mr. Wilkerson with support in transitioning back into Society. I have personally spoke with Senator Tim Scotts office regarding Mr. Wilkerson joining Mr. Scotts Mentoring program teaching the youth

how to stay clear of trouble.  Mr. Scotts' assistant Kelly Long is very impressed with the work that Mr. Wilkerson is doing inside of the prison and states that he would like to talk with him regarding the mentoring program once released. Mr. Wilkson has been paying tithes to the local church out of his 19 cents per hour pay check. Mr. Wilkerson has already been offered assistance from numerous community service groups due to his dedication in changing his life and the lives of others. Judge the lawyers will have more details on his history and his track record, so I will not go any further on this discussion. I hope I haven't taken up too much of your time. I am also honored to have had the opportunity to reach out to you. As I stated through out this entire letter Mr. Wilkerson would be a good candidate to renter back into society. I believe in this young man and all that he has done and what he will do in the future. I do not believe that he is a threat to society. With all of the support he will receive upon returning home; I think he will more then likely adjust and thrive in society. Thank you again for your time.

Best Regards,
Shinique Pugh

# LOVE AND RESPECT RECOVERY HOUSE

1604 Angier Ave.
1940 Hollowy St.
Durham, NC 27701
Phone (office) (919) 768-0989
Fax – 919-908-8455
Cell #: (919) 672-0934
Cell #: (919) 279-1805
www.luvrespect.org
director.luvrespect@yahoo.com

May 21, 2020

To: Judge James Curtis Joyner
U.S. District Court,
Eastern District of Pennsylvania. 17614
U.S. Courthouse. 601 Market Street. Philadelphia, PA 19106.

Dear Judge Joyner,

     I am Dennis Garret, the Director of Love & Respect Recovery Center. I am contacting you on behalf of Curtis M. Wilkerson. In past years I worked with Mr. Wilkerson in the community. I knew him to be a quick learner, and hardworking individual. He cared deeply for his family and underprivileged people in his area. I have had the fortunate opportunity to reconnect with him through the work that I am doing at the local prisons. I was thrilled to know that he was transferred to my local area and that I would have an opportunity to work with him once again.

     I believe that my organization can be a great benefit for Mr. Wilkerson, in helping him transition back into society. Love & Respect Recovery House focuses on putting individuals' lives back together again. We offer substance abuse counseling, homeless assistance, youth services, health and safety awareness, along with crime prevention strategies. We understand the recovery process, because myself, and others in this organization have walked in the same shoes of those we serve. Another goal of ours is to teach people to love themselves, which will teach them to respect others. We also do nontraditional outreach, community education, for STD s/HIV, intervention. We provide counseling to former inmates; teaching them to learn or relearn the necessary skills so that they can re-integrate into society and better support themselves.

     Upon Mr. Wilkerson release from prison, my organization will be prepared to offer both shelter, and reentry counseling to him. We are willing to train Mr. Wilkerson for a position to work with our local youth in detouring them from prison and a life of crime. We are looking forward to working with Mr. Wilkerson and helping him to reestablish a new beginning and lease on life.

Regards, I am,

## Dennis Garrett

Dennis I. Garrett Sr.
Founder / Director