# Exhibit G

| From: | Shinique Pugh |
|---|---|
| To: | Daryl Atkinson |
| Subject: | Remorse letter /Curtis Wilkerson 52455-066 |
| Date: | Thursday, April 23, 2020 10:23:16 AM |

Your Honorable Judge Joyner,

      Hello. My name is Curtis Wilkerson and i am the man that had the unfortunate outcome of you being forced to sentence me to over 30 years in Federal Prison because of my bad choices. I apologize for not making good decisions and since then i have learned how to choose more positive friends, even in the worst enviornments.I 've strived to excel wherever i have been housed at. I've learned to make better decisions and i am not blaming my old friends for my prior bad decisions.

      From the day you sentenced me I've been looking forward in getting the chance to allow you to reassess your judgment of me. Back then i was a young man @ 22-23 yrs old, that didn't know his way and now through the grace of God and the mental fortitude i have become a full grown man at the age of 45. I have changed my ways, my attitude and my whole outlook on life for the betterment of not only me but everyone around me. I've always known that I've wanted to paint a different picture of me to you and with a different brush.

      I have remained steadfast during this journey in prison to not be down, mad, or bitter but instead, to educate myself, family and others mentally and spiritually. Even during my worst moments when both my parents passed away and i could not be there with them or for them; i just continued to pray for this moment to not just tell you but to show you by my 21 yrs of consistent positive actions. Hopefully you can that change and that "I AM" a man of good character and humility, that can be consistent Honor "I AM" looking for a second chance at life in which most people in our country call the AMERICAN WAY.I aspire to be a good role model for our younger generation and maintain better surroundings, live within my means and just continue to do what is right."I AM" not a danger to society. I have a good home plan and a lot of support out there waiting on me in accomplishing a successful transition back into society. Now that COVID-19 has ravished our country and especially here in  North Carolina "Butner Federal Medical Center"( an open dorm prison)where we r packed in like sardines and the fact that it is proven that it is attacking nursing homes, retirement centers and correctional facilities i am scared for my life with my health problems(High Blood Pressure/Kidney Disease)and no social distancing; catching the virus could be fatal for me.

      Thank you for sending me on this path that you did and turning me into a better individual. It was not you alone, it was the spirit in me who has always wanted better for himself and has chosen to do better no matter the adversity faced with.now i just pray i make it out of here to show my new surroundings my growth and be an asset instead of a liability.

      Sincerely,

      Curtis Wilkerson